**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2309**

AUTOMOBILI LAMBORGHINI S.P.A.; AUTOMOBILI LAMBORGHINI AMERICA, LLC; VOLKSWAGEN GROUP OF AMERICA, INCORPORATED,

Plaintiffs - Appellees,

v.

JORGE ANTONIO FERNAND GARCIA,

Defendant - Appellant,

and

LAMBORGHINI LATINO AMERICA USA; ANTHONY CRUDUP; ROBERT BRANER,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:18-cv-00062-TSE-TCB)

Submitted:  June 16, 2020                    Decided:  June 18, 2020

Before MOTZ and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jorge Antonio Fernand Garcia, Appellant Pro Se. Monica Riva Talley, Daniel E. Yonan, STERNE, KESSLER, GOLDSTEIN & FOX, PLLC, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jorge Antonio Fernand Garcia seeks to appeal the district court's order granting the Plaintiffs' motion to file an amended complaint and denying Garcia's motion for reconsideration of the district court's order denying Garcia's request that the court appoint an attorney to represent him. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Garcia seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*